UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

THOMAS COLLIER

          Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

          Defendant(s)

**JUDGMENT**

Civil #09-00197 (RBK)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on January 23, 2009, and no timely objection having been filed,

IT IS, on this 11th day of May, 2009

ORDERED that the report of Hon. John W. Bissell dated January 23, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Thomas Collier.**

 

_____
HON. ROBERT B. KUGLER, U.S.D.J.